[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1215.]

THE STATE OF OHIO, APPELLEE, *v*. NIEHEISEL, APPELLANT.

[Cite as *State v. Nieheisel*, 1997-Ohio-151.]

*Appeal dismissed as improvidently allowed.*

(No. 96-915—Submitted May 21, 1997—Decided July 30, 1997.)

APPEAL from the Court of Appeals for Clermont County, No. CA95-11-081.

————————————

*Donald W. White*, Clermont County Prosecuting Attorney, and *David Henry Hoffmann*, Assistant Prosecuting Attorney, for appellee.

*Rosenhoffer, Nichols & Schwartz* and *Gary A. Rosenhoffer*, for appellant.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————